PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. John Lawrence Frehner        Docket No.  2:12CR00088-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, John Lawrence Frehner, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 13th day of August 2012, under the following conditions:

**District of Utah Condition #7(i):** The defendant shall refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant admitted to ingesting prescription pain medication without a valid prescription.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/17/2012

by s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12-18-12

Date

RECEIVED
U.S. DISTRICT COURT

DEC 17 2012  at 4:22

UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON